# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:16-mj-00106-SAB-1

Case title: USA v. Vigil　　　　　　　　　　Date Filed: 08/24/2016

Assigned to: Magistrate Judge Stanley A. Boone

**Defendant (1)**

**David Vigil**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 08/24/2016 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from Northern District of California. Case 4-16-71049 as to David Vigil (1). (Flores, E) (Entered: 08/24/2016) |
| 08/24/2016 | 2 | SHACKLING MINUTE ORDER signed by Magistrate Judge Stanley A. Boone on 8/24/2016: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for David Vigil is Fully Shackled (USM # **75929-097**). (Hernandez, M) (Entered: 08/24/2016) |
| 08/24/2016 | 3 | MINUTES (Text Only) for proceedings before Magistrate Judge Stanley A. Boone: OUT OF DISTRICT WARRANT RE: CRIMINAL COMPLAINT (NORTHERN DISTRICT OF OAKLAND, CALIFORNIA) as to David Vigil held on 8/24/2016. Defendant advised of charges and rights. Financial Affidavit submitted to the court on behalf of the defendant. Federal Defender appointed to represent the defendant. Defendant waived reading and advisement of rights; DENIES ALLEGATIONS; ID HEARING WAIVED. Court sets the matter for **Detention Hearing on 8/26/2016 at 02:00 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** the defendant is temporarily detained pending the detention hearing. Government Counsel: Patrick Delahunty is present. Defense Counsel: Peggy Sasso is present. Custody Status: (C) Fully Shackled. Court Reporter/CD Number: ECRO-Otilia Rosales. (Hernandez, M) (Entered: 08/24/2016) |
| 08/24/2016 | 5 | MOTION to UNSEAL Complaint by USA as to David Vigil. (Sant Agata, S) (Entered: 08/25/2016) |
| 08/24/2016 | 6 | ORDER to UNSEAL Complaint as to David Vigil (1) signed by Magistrate Judge Stanley A. Boone on 8/24/2016. (Sant Agata, S) (Entered: 08/25/2016) |
| 08/26/2016 | 7 | MINUTES (Text Only) for proceedings before Magistrate Judge Gary S. Austin: DETENTION HEARING as to David Vigil held on 8/26/2016. Government seeks detention in this case. Defense Counsel seeks release. The Court orders the defendant RELEASED on the conditions set forth on the record by the pretrial services officer. Government Counsel: Daniel Griffin - present. Defense Counsel: Peggy Sasso - present. Pre-Trial Services Officer: Dan Stark Custody Status: (C) Fully Shackled. Court Reporter/CD Number: ECRO-Otilia Rosales. (Hernandez, M) (Entered: 08/29/2016) |
| | | |

| | | |
|---|---|---|
| 08/26/2016 | 8 | APPEARANCE and COMPLIANCE BOND signed by Magistrate Judge Gary S. Austin on 8/26/2016 as to David Vigil. (Sant Agata, S) (Entered: 08/29/2016) |
| 08/26/2016 | 9 | ORDER SETTING CONDITIONS of RELEASE signed by Magistrate Judge Gary S. Austin on 8/26/2016 (Sant Agata, S) (Entered: 08/29/2016) |
| 08/29/2016 | 10 | TRANSMITTAL of DOCUMENTS on *8/26/2016* to * Northern District of California* *450 Golden Gate Ave.* *16th Floor* *San Francisco, CA 94102*. *Electronic Documents: 1 to 9 * (Sant Agata, S) (Entered: 08/29/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2016 06:33:40 | | | |
| **PACER Login:** | 2_Eureeka:4153766:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-mj-00106-SAB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |